IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| THE BILL LUKOWSKI STEAMSHIP AGENCY, INC., *et al.,* | * | |
| | * | |
| Plaintiff/intervening plaintiffs, | | Civil Action No. |
| | * | 08-1077 CCB |
| v. | | |
| | * | |
| MIV SNOW BIRD, her engines, tackle and apparel, IMO No. 7726744, | * | |
| | * | |
| Defendants *in rem/in personam.* | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**SUPPLEMENTARY MEMORANDUM
SUPPORTING MERLIN PETROLEUM'S
MOTION FOR INTERLOCUTORY SALE
OF THE M/V SNOW BIRD**

Pursuant to this Court's June 3, 2008 Order, intervening plaintiff Merlin Petroleum

Company, Inc. supplements its original Motion and Supporting Memorandum for the

Interlocutory Sale of the M/V SNOWBIRD ("Vessel").

This Court now should order the interlocutory United States Marshal's sale of the Vessel.

**Background**

On April 29, 2008 - nearly a month and a half ago - the Bill Lukowski Steamship Agency

("Lukowski") arrested the Vessel, and it has been under arrest ever since.  Merlin intervened on

May 5th, and Gloucester Terminals intervened shortly afterwards.  Vespucci Marine, the

owner/claimant ("Owner"), has been unable to post security, of any type (not even, an insurer's

letter of undertaking) for the Vessel's release.  Vespucci - whose only operation appears to be,

ownership of the Vessel - has shown no ability to pay the claims against the Vessel or to post

security, much less, any foreseeable prospect of paying the claims, or posting security for them, any time in the future.

Although Owner has been paying most post-arrest expenses, it has failed to pay about $50,000 of them (for wharfage), and there also is no assurance that Owner will be able interminably to pay vessel expenses (including crew wages, food, water, fuel) into the indefinite future, that it appears, but for a U.S. Marshal's sale, that the Vessel would be under arrest.

On May 28th, for example, Owner informed Lukowski, Merlin, and Gloucester that it was no longer able to pay the Vessel's expenses, necessitating emergency funding from the claimants to comply with U.S. Homeland Security regulations for guard service. Although Owner resumed payments on May 30, there is no assurance at all that Owner will not once again experience a "temporary cash shortage," necessitating additional emergency funding from claimants. This emergency funding - especially considering the relatively low value of the Vessel compared to all claims - as discussed below - could be very significant, very quickly. Daily guard service costs over $2,000; wharfage, $800-$1,000, and the crew must be paid regularly; claimants estimate that crew wages are at least, $10,000 per month. If crew are not paid, they could be entitled to double wages, as a penalty, under U.S. statutory maritime law.

The U.S. Coast Guard ("USCG") has determined that the Vessel is unfit to leave present, $1,000 per day berth. For more than six weeks, Owner has conducted repairs and had certificates updated in an effort to satisfy Coast Guard requirements; presently, the Vessel lacks a Chief Engineer and Second Mate, both required to move from the berth even to anchorage (and remain under arrest there). A range of required certificates for the Vessel, also have expired. Despite the time and expense invested, the Vessel has continuously failed Coast Guard inspections. There is no indication at this point in time that Owner will be able to bring the Vessel into compliance,

necessitating continued detention and accrual of significant daily expenses.

All post-arrest expenses, could be assessable as *custodia legis* expenses, which come in priority to those of the arresting parties.

To date, total maritime lien claims (of the arresting parties) against the Vessel are at least $390,000, including those of Lukowski (about $85,000), Merlin (about $241,000), and intervenor Gloucester Terminals LLC ("Gloucester") (about $63,000).  In addition, there are outstanding charges of $51,600 due and owing - arguably, all post-arrest, *custodia legis* claims - to Canton Port Services LLC (dockage)(see, Exhibit A hereto). The approximately $4,500 that claimants Merlin and Gloucester had to advance when owner was "short" also are *custodia legis* claims, as is what is at least $1,500 or more of U.S. Marshal's insurance for the Vessel.  Canton Terminals )(where the Vessel has been berthed, since its arrest over a month and a half ago) now has announced, that it no longer because of the need for space for its own commercial operations, will be able to have the Vessel past next Monday, June 16th, stay at its pier.  Consequently, there will be a further, unknown amount to move the Vessel from Canton across the Baltimore Harbor to another berth (unknown at present), including the cost of tugs and line handling (about, $3,000), and further berthing costs (because, again the Coast Guard will not permit the Vessel to go to anchorage).  If owner becomes unable to pay the Vessel's crew, claimants may be faced with the situation either of having to pay the crew, or, send them home (the crew are from Central America, Georgia (the country) and Greece) at a cost of $20,000 or more.

When one considers the total claims against the Vessel - both for maritime liens and *custodia legis* claims - which even before considering the high likelihood that owner will be unable to pay future claims - equal at least $445,000 - already, the claims (before considering accruing maritime prejudgment interest) are, after Vessel sale expenses (which typically are, about

10% of the gross proceeds, for advertising and brokerage), already in excess of the likely sale range of the Vessel.

Compass Maritime Services, LLC has estimated the value of the Vessel at $500,000 to $600,000 (Valuation Certificate, Exhibit B hereto).  Given the total claims, outstanding charges, unknown moving and new dockage amounts, and the costs associated with the sale of a vessel, it is highly unlikely that selling the Vessel will produce enough revenue to satisfy all existing claims, and that in fact, the Vessel expenses and claims already have exceeded the likely Vessel sale price, at any U.S. Marshal's sale.

### An Interlocutory Sale is Justified Under Supplemental Rule E(9)

Pursuant to Supplemental Federal Admiralty and Maritime Rule E(9), this Court now should order an interlocutory sale of the Vessel because:

A.    the attached or arrested property is perishable, or liable to deterioration, decay, or injury by being detained in custody pending the action;

B.    the expense of keeping the property is excessive or disproportionate; or

C.    there is an unreasonable delay in securing release of the property.

Any one of these three factors is sufficient to order an interlocutory sale pursuant to Supplemental Rule E(9); here, all three are present. *Caterpillar v. Coleman*, 1999 U.S. Dist. LEXIS 22387, *2, 2000 AMC 539, 540 (C.D. Cal. 1999), *citing Merchants Nat'l Bank of Mobile v. Dredge General G.L. Gillespie*, 1982 AMC 1, 5, 663 F.2d 1338, 1341 (5th Cir. 1981); *see also Silver Star Enterprises, Inc. v. M/V Saramacca*, 19 F.3d 1008, 1014 (5th Cir. 1994).

The Vessel is liable to deterioration, decay, or injury by being detained in custody pending the outcome of this action.  The valuation certificate provided by Compass Marine (Exhibit B) notes the Vessel's "past deficiencies," "ill trading and market reputation," and "extremely poor ...

condition." Exhibit C hereto, the Coast Guard's present Port State Control (basically, deficiency) record for the Vessel, bears out the Vessel's continued deficiencies. Owner has no real defense to any substantial part (if any at all) of any of the maritime lien claims against the Vessel. Owner claims that the ongoing repairs are "improving" the condition of the Vessel; if the five weeks of repairs and the resulting failed Coast Guard inspections are any indications, however, such repairs are merely postponing the inevitable sale of the Vessel. Although Owner might claim a fair market value of $3,000,000 ($2,000,000 if sold for scrap) based on "recent estimates," Owner has not, and Merlin expects, can not, provide any sworn affidavit or testimony in support of these figures, despite demanding the same proof from plaintiffs.

What should be kept in mind, too, is that this Court's scheduled hearing on Merlin's motion, is June 19th (8 days away); even if the Court were on June 19th to order the Vessel's sale, there would need to be (and the Local Rules would require) at least three (3) additional weeks, to advertise the Vessel for sale, and market that sale. Consequently, any U.S. Marshal's auction sale of the Vessel is at least a month away from the present date. If Owner miraculously, could post security, or pay the claims, then, in addition to the now over month and a half the owner has had to do that, since the arrest, Owner therefore would have an additional month to pay or post security, and the sale could be canceled and Vessel freed from arrest before any sale. There is, however, no reason to delay, now, setting a certain U.S. Marshal's Sale date, so that by that deadline, the Vessel either will sail, or, be sold.

### Sale of the Fuel Oil is Impractical and Unlikely to Satisfy Merlin's Claims

It also should be noted, that it is unlikely that any sale of the Merlin bunkers, aboard, the Vessel, will satisfy Merlin's claims.

First, Merlin's terms and conditions require that owners satisfy all of Merlin's expenses of

pursing Merlin's claims, including, attorneys fees and costs.  Upon sale of the bunkers, their title

passed to *in personam* defendant Didco.  Although attorneys fees and court costs are not

assessable *in rem* as maritime liens against the Vessel, they are assessable against Didco in

personam and therefore against Didco's property.  Merlin first will look to the bunkers to pay

attorneys fees and costs.

In its letter to the Court of May 29, Owner claims that the fuel oil sold by Merlin (for

which payment remains due and owing) has appreciated in value from $236,000 to $325,000 and

that the sale of this fuel oil would generate sufficient revenue to satisfy Merlin's claim.  However,

as Owner is aware, the fuel oil provided by Merlin has been commingled with other fuel, raising

issues of quality control that would very likely affect the going price if the fuel is sold.  In

addition, the fuel is "MGO" - a diesel fuel, not standard vessel bunkers - which is not sold in

Baltimore; if it were off-loaded from the Vessel, after that off-loading, for sale, it would have to

be barged, at significant cost, to Norfolk or back to New Jersey (where Merlin had hte fuel

provided to the Vessel, in the first place).   It also is uncertain, whether the Vessel's pumps would

support any off-loading operations, what the insurance for off-loading would be, and whether the

potential revenue merits the risk of environmental damage from a fuel spill.  In sum, off-loading

fuel from any vessel, much less the Vessel, is a very risky proposition, and, Merlin does not have

to trade that for its certain maritime lien against the Vessel.

Furthermore, even if it were to accept an off-load of the bunkers for even partial

satisfaction of its claims, the Lukoski, Gloucester, Canton Terminals, and likely, some part of the

Merlin claims, would remain, with the Vessel without sufficient fuel to go to or remain at

anchorage.

**Conclusion**

In its current condition, the Vessel is worth no more than $600,000. Owner can provide no sufficiently supported basis to support any fair market valuation for more. Current claims on the Vessel approach $450,000 and do not include significant additional unknown costs that will, considering the costs of sale of the Vessel, more than likely exceed its $600,000 value. Owner's past non-performance – notably Owner's inability to bring the Vessel in compliance with Coast Guard requirements despite over five weeks of repairs – is strong evidence that this Court now should set a firm date for the United States Marshal's sale of the Vessel, before the Vessel suffers any further, additional erosion in value risking whether, claimants will be paid their full claims.

Dated: June 11, 2008.

/s/ J. Stephen Simms
J. Stephen Simms (#4269)
Simms Showers LLP
20 South Charles Street
Suite 702
Baltimore, Maryland 21201
Telephone: 410-783-5795
Facsimile: 410-510-1789

Merlin Petroleum Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that on this June 11, 2008, I caused a copy of the foregoing to be filed on the Court's CM/ECF system for service on all record counsel.

/s/ J. Stephen Simms

Canton Port Services, LLC.

---

INVOICE

```
--- VESSEL ---                        --- INVOICE ---

 VESSEL/VOYAGE#  : SNOW BIRD           NUMBER : 104158
 DATE OF ARRIVAL :                     DATE   : 06/10/08
```

```
 ATTENTION :                     TO : M/V Snow Bird
                                      And/Or Owners
```

---

```
COMMODITY OR ITEM : Dockage              AMOUNT : $51,600.00


UNIT : 43            RATE : 1200.00
                                          PAID  :
                                          CH:         Date:
ADDITIONAL INFORMATION
 Dockage from April 30 thru June 11, 2008
 as follows:                             TOTAL DUE : $51,600.00
 April - 1 day x $1,200 =    $   1,200.00
 May - 31 days x $1,200 =       37,200.00
 June - 11 days x $1,200=       13,200.00

  TOTAL 43 days x $1,200 =    $  51,600.00
 :
 :
 :
```

---

```
REMIT TO Canton Port Services LLC        .
C/O PNC Bank
Fed. Routing 054000030
Account No. 5501583294           Suite #2
Swift Code: PNCCUS33              3800 Newgate Avenue
Terms-Due Upon Receipt           Baltimore, Md.21224
                                 TEL. 410-633-1601
                                 FAX. 410-633-3475
```



TELEPHONE:                ONE EXECUTIVE DRIVE              TELEFAX:
201-585-9999              FORT LEE, NEW JERSEY 07024       201-585-9998

ships@compassmar.com

June 6, 2008

## E V A L U A T I O N   C E R T I F I C A T E

We would estimate present market value as follows:

**M/V Snow** Bird (Ex Makka Arctica)
3,704 Mtdw on 6.16M Draft
Blt 1/1979 Dannebrog, Denmark
Panamanian Flag -
Loa 96.40 Lbp 84.99 Beam 18.25 Depth 11.36 M
Grt: 4,961 / Nrt: 1,536
8,076/7,211 Cbm Gr/Bl
4 Dks - 2/2 Ho/Ha
HA Dim: 16.90x6.10m
CR 2 X 15t (Comb: 30)
2 Alpha 8SL28L-VO 4,244 BHP
Abt 10.0 on abt 9.5T
(Details given in good faith but without guarantee)

CURRENT MARKET VALUE: USD 500,000 – 600,000.

DISCUSSION

The dry bulk market has been experiencing its highest levels in recent memory and asset prices of all types of vessels are also trading at the highest by any historical standard. Even old vessels, such as the MV SNOW BIRD, that approach the end of their trading life, are valued as 'going concern' since the high freight market justifies the increased maintenance cost and leads to profitable extension of the vessel's trading life.

In order for a vessel to achieve market levels during a Sale & Purchase (S&P) transaction, valid trading certificates issued by competent statutory and regulatory authorities must be present and transferred to the Buyers to the extent that is permissible. Besides trading certificates, the quality of the vessel's technical management is reflected in the vessel's trading history and her record during inspections by port, statutory and regulatory authorities. Certain deficiencies that are discovered during such inspections can be addressed immediately and with little cost, while other deficiencies require significant expense and time from the part of

the Owners. In general, the trading history of the vessel is reflected on the record of inspections, and to the best our knowledge, the trading history of the MV SNOW BIRD is poor.

For a vessel like the MV SNOW BIRD, of her age and expected wear and tear, with certificates valid and an acceptable record of inspections by port, statutory and regulatory authorities and backed by the reputation of a technical manager who maintains vessels in good condition, we are of the opinion that the vessel would be of a Fair Market Value, as defined herebelow, of approximately US$ 1,900,000.

However, given the information we are aware of the vessel's past deficiencies, lack of extensive list of valid trading certificates, the anecdotal evidence of extremely poor vessel condition, and the presence of the vessel's ill trading and market reputation, we are of the opinion that the actual FMV of the vessel is severely below the price that she would have achieved if she were in a state expected of her age and make.

We are of the opinion that the present FMV of the vessel in her current condition as described to us and based on the information available to us, strictly on an 'as is, where is' condition is very close to her scrap value of:

> US$ 500,000 - 600,000.

## DEFINITIONS & IMPORTANT DISCLAIMER

FAIR MARKET VALUE : We have considered FAIR MARKET VALUE as the estimated amount, expressed in terms of money, as of a certain time, that may reasonably be expected for a property in an exchange between a willing buyer and a willing seller, with equity to both, neither under any compulsion to buy or sell, and both fully aware of all relevant facts, considering that the property will be removed to another location.

The valuation of the vessel was made assuming a sale between a willing seller and a willing buyer who can utilize the particular vessel's features, and also taking into consideration the vessel's age, size, characteristics. The valuation assumes that the Vessel(s) is employment free and available for delivery to Buyers on a prompt basis free of any and all obligations.

The valuation is valid only on the date first written above. No assurances can be given that the valuation will be sustained or is realisable in an actual transaction. COMPASS MARITIME SERVICES, LLC assumes that the vessel has been maintained in accordance with good commercial practice and is in class, in good working order, with all necessary trading certificates for world-wide trading, with her hull, machinery and equipment in a condition to be expected of a vessel of her age and type, in fair survey position, clean and ready to load any permissible cargo and prepared for prompt charter free delivery in a commercial loading zone and free of any encumbrances, mortgages, liens, debts or claims whatsoever.

Neither COMPASS MARITIME SERVICES, LLC, nor the individual making the evaluation has inspected the vessel, her position of records or made any other independent inspection, investigation or examination whatsoever with respect to the vessel. Any interested party should conduct an independent inspection and investigation of the facts concerning the vessel. No one should rely on this value as a substitute for their own due diligence.

The evaluation is provided solely for the use of the persons to whom it is addressed. The value is to be used only for the specific purposes stated and any other use is invalid. No reliance may be made by any third party without our prior written consent.

COMPASS MARITIME SERVICES, LLC
E. Bart Lawrence
June 6, 2008



Mr. J. Stephen Simms, Esq.
Simms Showers LLP
20 S. Charles St.
Baltimore, MD   21201

June 9, 2008

Dear Mr. Simms,

Re:  MV Snow Bird Valuation

I have enclosed under separate cover our Valuation Certificate for the MV Snow Bird as well as our Invoice for services as we discussed.  Please let me know if you require anything further in that regard.

Please note that Compass Maritime Services LLC was established in 2000 by five leading Sale and Purchase (S&P) brokers in the U.S.  The team has over 100 years of diversified shipping experience, including Sale & Purchase brokerage, ship financing, onboard sea-going experience and vessel operations.

COMPASS provides S&P brokerage services in all shipping segments (dirty, clean, and chemical tankers, dry bulk vessels, containerships, cruise ships, tugs/offshore and Jones Act vessels), as well as recycling (scrapping) of vessels and placement of newbuilding contracts.

COMPASS' advisory and consulting services include vessel valuations, market research, due diligence, fairness opinion, trading and hedging strategies (FFAs) and strategy development & management.  COMPASS has been mandated with project financing (both equity and debt) and has been involved in sale & leaseback structures for numerous transactions.

One Executive Drive • Fort Lee, New Jersey 07024 • Tel: 201-585-9999 • Fax: 201-585-9998
E-Mail: sandp@compassmar.com • www.compassmar.com

Our client base includes ship owners based in the United States together with large number of ship owners worldwide. It also includes oil companies, financial institutions/banks and the U.S. Government.

We are members of ASBA (The Association of Ship Brokers and Agents, USA) and the Baltic Exchange in London. We are panel brokers on the Baltic Exchange Demolition Assessment Panel (BDA) and the Baltic Exchange Sale and Purchase Assessment Panel (BSPA).

Our market data is listed daily on the Hellenic Shipping News. Additionally we publish shipping Market Report weekly that is recognized in the shipping markets as an industry leader.

I appreciate you have asked for my (Bart Lawrence's) background, which I will very briefly provide below. However it is very important to note that we are a team of 7 brokers, with, when added together, have well over a 100 years of experience. As for myself I graduated from Northeastern University with a Bachelor of Science degree in 1975. After completing my undergraduate studies, I joined Chemical Bank as a management trainee.

I joined A.L. Burbank (of which Compass Maritime is the direct successor) in March 1981. I spent two years in the Dry Cargo Chartering department and the New building and Project department prior to joining the Sales and Purchase department. I have sold hundreds of ships for demolition as well as second hand, trading ships sales and offshore vessels. Additionally, over the years I have been very active in the sale of U.S. flag vessels and have an excellent working knowledge of the Jones Act and foreign transfer of U.S. flag vessel requirements as they apply to the U.S. flag fleet.

Our full contact info is available on our web site: www.compassmar.com

COMPASS MARITIME SERVICES, LLC
One Executive Drive, Suite 180
Fort Lee, NJ 07024
United States

Telephone: 201-585-9999
Fax:       201-585-9998
Email: ships@compassmar.com
web site: www.compassmar.com

SALE & PURCHASE:     Home Phone / Mobile
Terry Chance        908-232-5574 / 201-463-3834
Bart Lawrence       914-997-7599 / 201-463-3835
Thomas Linter       973-949-4218 / 201-463-3826
Thomas O'Toole      845-783-9092 / 845-597-4150
Thomas Roberts      914-242-5436 / 201-463-3832
Sophus Schanche     973-283-2848 / 201-463-3831

PROJECTS AND FINANCE:
Basil Karatzas      713-545-5990 / 201-463-3828

Very truly yours,
COMPASS MARITIME SERVICES, LLC

E. Bart Lawrence
Partner

Case 1:08-cv-01077-CCB    Document 62    Filed 06/11/2008    Page 14 of 30



# United States Coast Guard
## Maritime Information eXchange
### Port State Information eXchange

Skip Navigation



The Port State Information eXchange (PSIX) system contains vessel specific information derived from the United States Coast Guard's Marine Information Safety and Law Enforcement System (MISLE). The information contained in PSIX represents a weekly snapshot of Freedom of Information Act (FOIA) data on U.S. flag vessels, foreign vessels operating in U.S. waters, and Coast Guard contacts with those vessels. Information on unclosed cases or cases pending further action is considered privileged information and is precluded from the PSIX system.

## Results for Vessel: *SNOW BIRD*

### Vessel Information:

**Vessel Name:** SNOW BIRD
**VIN:** 7726744
**Hull Number:**
**Vessel Flag:** PANAMA
**Vessel Call Sign:** V3OA5
**Build Year:** 1979

### Vessel Particula

**Service:** Freight Ship
**Length:** 318.1 ft
**Breadth:**
**Depth:**
**Alternate VINs:**
**IMO Number:** 7726744

### Service Information:

**Service:** In Service
**Out Of Service Date:** N/A
**Last Removed From Service By:** N/A

### Tonnage Informat

**Deadweight:** 3705
**Gross Tonnage(GRT):** 4961
**Net Tonnage(NRT):** 1536
**Gross Tonnage(GT ITC):**
**Cargo Authority:**

### Vessel Documents and Certifications

| Document | Agency | Date Issued | Ex |
|---|---|---|---|
| SOLAS Cargo Ship Safety Radio Certificate | N/A | April 10, 2008 | Apr |
| International Oil Pollution Prevention Certificate | N/A | April 10, 2008 | May |
| Classification Document | N/A | April 10, 2008 | May |
| SOLAS Cargo Ship Safety Construction Certificate | N/A | April 10, 2008 | May |
| International Load Line Certificate | N/A | April 10, 2008 | May |
| SOLAS Cargo Ship Safety Equipment Certificate | N/A | April 10, 2008 | May |
| ISM - Document Of Compliance | N/A | April 7, 2008 | Nov 201 |
| ISM - Safety Management Certificate | N/A | March 10, 2008 | Aug |
| Classification Document | DNV | July 9, 2003 | Feb |
| Tonnage Certificate, International | DNV | December 5, 2001 | |

| | | | |
|---|---|---|---|
| SOLAS Cargo Ship Safety Radio Certificate | | October 21, 2001 | Feb |
| Load Line Certificate (Coastwise) | | September 21, 2001 | Feb |
| International Oil Pollution Prevention Certificate | | September 21, 2001 | Feb |
| Tonnage Certificate, International | DNV | August 15, 1995 | |

## Summary of Coast Guard Contacts

| **View Data From** (MM/DD/YYYY)**:** 6/11/2003 | | | **To:** 6/11/2008 | | |
|---|---|---|---|---|---|

| Case Number | USCG Zone/Port | Incident Date | Activity Type | Enforcement Description | Nat Inci |
|---|---|---|---|---|---|
| 3159872 | PHILADELPHIA, PA | March 6, 2008 | Vessel Operational Control | | |

| Operation Control Information | | | | | |
|---|---|---|---|---|---|
| Category Type | | | Control Type | | Init |
| Security | | | COTP Order (Crew Security Plan) | | Secu Bay |
| Date Imposed | | | Date Removed | | Rea |
| 3/7/2008 12:16:00 AM | | | 4/11/2008 10:55:00 AM | | Secu |

| Case Number | USCG Zone/Port | Incident Date | Activity Type | Enforcement Description | Nat Inci |
|---|---|---|---|---|---|
| 3152907 | PHILADELPHIA, PA | February 25, 2008 | Vessel Inspection/PSC | | |

| Case Number | USCG Zone/Port | Incident Date | Activity Type | Enforcement Description | Nat Inci |
|---|---|---|---|---|---|
| 3113611 | SAVANNAH, GA | December 11, 2007 | Vessel Inspection/PSC | | |

| Deficiency Information | | | | |
|---|---|---|---|---|
| System | | SubSystem | | Cau |
| Engineering | | Lubricating Oil Service System | | Unk |
| Description of Deficiency | | | | |
| Number 2 generator drainage piping blocked after lube oil filter and d for proper drainage. Ship's crew disconnected pipe to allow for direct the ship's bilge after lube oil filter drain plug gasket failed. Repair to t satisfaction of the attending classification society surveyor. | | | | |
| Due Date | | Resolved | | Res |
| | | True | | 3/5/ |
| Resolution Description | | | | |

recieved class report attesting to repair to drainage piping.

**Deficiency Information**

| System | SubSystem | Cau... |
|---|---|---|
| Lifesaving | Inflatable Liferafts | Imp... Inst... |

**Description of Deficiency**

Attending Classification Society Surveyor attest to the proper installa... hydrostatic release and weak linkage for the two Viking life rafts on t...

| Due Date | Resolved | Res... |
|---|---|---|
|  | True | 3/3/ |

**Resolution Description**

Received class report attesting to the proper installation of the hydros... well as the weak linkages for both life rafts.

| Case Number | USCG Zone/Port | Incident Date | Activity Type | Enforcement Description | Nat... Inci... |
|---|---|---|---|---|---|
| 3111506 | SAVANNAH, GA | December 7, 2007 | Vessel Operational Control |  |  |

**Operation Control Information**

| Category Type | Control Type | Init... |
|---|---|---|
| Safety | Letter of Deviation | Mar... Uni... |

| Date Imposed | Date Removed | Rea... |
|---|---|---|
| 12/7/2007 9:35:00 PM | 12/12/2007 1:42:00 PM | Lett... Dev... |

| Case Number | USCG Zone/Port | Incident Date | Activity Type | Enforcement Description | Nat... Inci... |
|---|---|---|---|---|---|
| 3110598 | PHILADELPHIA, PA | December 6, 2007 | Vessel Inspection/PSC |  |  |

| Case Number | USCG Zone/Port | Incident Date | Activity Type | Enforcement Description | Nat... Inci... |
|---|---|---|---|---|---|
| 3082959 | SAVANNAH, GA | October 19, 2007 | Vessel Inspection/PSC |  |  |

**Deficiency Information**

| System | SubSystem | Cau... |
|---|---|---|
| Accommodation/Occupational Safety | Ventilation |  |

**Description of Deficiency**

Vessel does not have air conditioning in the accommodation spaces d... inoperable compressor and evaporator. In accordance with ILO 147, a... accommodation spaces must be provided with ventilation capable of r...

the air in a satisfactory condition. Repair prior to next US port after sa
to the satisfaction of the Admistration.

| Due Date | Resolved | Res |
|----------|----------|-----|
| 12/12/2007 | True | 2/25 |

| Resolution Description |
|------------------------|
| Coast Guard marine inspectors verified the proper working order of th system onboard the vessel. |

| Case Number | USCG Zone/Port | Incident Date | Activity Type | Enforcement Description | Nat Inci |
|-------------|----------------|---------------|---------------|------------------------|----------|
| 3082547 | PHILADELPHIA, PA | October 18, 2007 | Vessel Inspection/PSC | | |

| Case Number | USCG Zone/Port | Incident Date | Activity Type | Enforcement Description | Nat Inci |
|-------------|----------------|---------------|---------------|------------------------|----------|
| 3080823 | SAVANNAH, GA | October 16, 2007 | Vessel Operational Control | | |

| Operation Control Information | | |
|---|---|---|
| **Category Type** | **Control Type** | **Init** |
| Safety | Letter of Deviation | Mar Uni |
| **Date Imposed** | **Date Removed** | **Rea** |
| 10/16/2007 1:04:00 PM | 10/16/2007 3:44:00 PM | Lett Dev |

| Case Number | USCG Zone/Port | Incident Date | Activity Type | Enforcement Description | Nat Inci |
|-------------|----------------|---------------|---------------|------------------------|----------|
| 3078194 | PHILADELPHIA, PA | October 11, 2007 | Vessel Operational Control | | |

| Deficiency Information | | |
|---|---|---|
| **System** | **SubSystem** | **Cau** |
| Engineering | Steering Gear System | Imp Mai |

| Description of Deficiency |
|---------------------------|
| Pump #1 failed due to lack of sufficient oil pressure to the system. Cr replaced old pump with a spare pump. Provide Class report attesting t operations of the newly installed pump. |

| Due Date | Resolved | Res |
|----------|----------|-----|
| 10/13/2007 | True | 10/1 |

| Resolution Description |
|------------------------|

| Operation Control Information | | |
|---|---|---|
| **Category Type** | **Control Type** | **Init** |

| Security | COTP Order (Restriction of Operations) | Sect Bay |
|---|---|---|
| **Date Imposed** | **Date Removed** | **Rea** |
| 10/12/2007 4:41:00 AM | 10/14/2007 7:04:00 AM | Sec |

| Case Number | USCG Zone/Port | Incident Date | Activity Type | Enforcement Description | Nat Inci |
|---|---|---|---|---|---|
| 3070812 | PHILADELPHIA, PA | October 1, 2007 | Vessel Operational Control | | |

**Deficiency Information**

| System | SubSystem | Cau |
|---|---|---|
| Navigation | Collision/Grounding Avoidance | Unk |

**Description of Deficiency**

| Due Date | Resolved | Res |
|---|---|---|
| | True | 10/1 |

**Resolution Description**

**Operation Control Information**

| Category Type | Control Type | Init |
|---|---|---|
| Safety | Letter of Deviation | Sect Bay |
| **Date Imposed** | **Date Removed** | **Rea** |
| 10/1/2007 9:58:00 PM | 10/12/2007 4:07:00 AM | Lett Dev |

**Operation Control Information**

| Category Type | Control Type | Init |
|---|---|---|
| Safety | Letter of Deviation | Sect Bay |
| **Date Imposed** | **Date Removed** | **Rea** |
| 10/12/2007 4:05:00 AM | 10/14/2007 1:28:00 PM | Lett Dev |

| Case Number | USCG Zone/Port | Incident Date | Activity Type | Enforcement Description | Nat Inci |
|---|---|---|---|---|---|
| 3034384 | San Juan, PR | August 16, 2007 | Vessel Inspection/PSC | | |

| Case Number | USCG Zone/Port | Incident Date | Activity Type | Enforcement Description | Nat Inci |
|---|---|---|---|---|---|
| 3027912 | San Juan, PR | August 14, 2007 | Vessel Operational Control | | |

**Deficiency Information**

| System | SubSystem | Cau |
|---|---|---|
| Navigation | Collision/Grounding Avoidance | |

**Description of Deficiency**

Echo depht sounder not operational.

| Due Date | Resolved | Res |
|---|---|---|
| 2/29/2008 | True | 4/1/ |

**Resolution Description**

Recieved a copy of the ships safety equipment certificate that was am
the vessels class to sail with the faulty depth sounder until the next dr

**Operation Control Information**

| Category Type | Control Type | Init |
|---|---|---|
| Safety | Letter of Deviation | Sect |

| Date Imposed | Date Removed | Rea |
|---|---|---|
| 8/14/2007 7:16:00 PM | 10/12/2007 3:36:00 PM | Lett Dev |

| Case Number | USCG Zone/Port | Incident Date | Activity Type | Enforcement Description | Nat Inci |
|---|---|---|---|---|---|
| 3008241 | Atlantic Beach, FL | July 26, 2007 | Vessel Operational Control | | |

**Operation Control Information**

| Category Type | Control Type | Init |
|---|---|---|
| Safety | COTP Order (Restriction of Operations) | Sect Jack |

| Date Imposed | Date Removed | Rea |
|---|---|---|
| 7/26/2007 7:57:00 PM | 7/30/2007 3:29:00 PM | Lett Dev |

| Case Number | USCG Zone/Port | Incident Date | Activity Type | Enforcement Description | Nat Inci |
|---|---|---|---|---|---|
| 3007366 | Atlantic Beach, FL | July 25, 2007 | Vessel Operational Control | | |

**Operation Control Information**

| Category Type | Control Type | Init |
|---|---|---|
| Safety | COTP Order (Restriction of Operations) | Sect Jack |

| Date Imposed | Date Removed | Rea |
|---|---|---|
| 7/25/2007 9:04:00 PM | 7/26/2007 7:53:00 PM | Lett Dev |

| Case | | Incident | | Enforcement | Nat |
|---|---|---|---|---|---|

Case 1:08-cv-01077-CCB    Document 62    Filed 06/11/2008    Page 20 of 30

| Number | USCG Zone/Port | Date | Activity Type | Description | Inci |
|---|---|---|---|---|---|
| 3003459 | PHILADELPHIA, PA | July 22, 2007 | Vessel Operational Control | | |

| Deficiency Information | | |
|---|---|---|
| **System** | **SubSystem** | **Cau** |
| Navigation | Collision/Grounding Avoidance | |

| Description of Deficiency |
|---|
| ECHO DEPTH SOUNDING DEVICE UNREPAIRABLE UNTIL D |

| Due Date | Resolved | Res |
|---|---|---|
| | True | |

| Resolution Description |
|---|

| Operation Control Information | | |
|---|---|---|
| **Category Type** | **Control Type** | **Init** |
| Safety | Letter of Deviation | Sect Bay |
| **Date Imposed** | **Date Removed** | **Rea** |
| 7/22/2007 2:08:00 PM | 7/23/2007 2:24:00 PM | Lett Dev |

| Case Number | USCG Zone/Port | Incident Date | Activity Type | Enforcement Description | Nat Inci |
|---|---|---|---|---|---|
| 3000343 | PHILADELPHIA, PA | July 19, 2007 | Vessel Inspection/PSC | | |

| Deficiency Information | | |
|---|---|---|
| **System** | **SubSystem** | **Cau** |
| Navigation | Collision/Grounding Avoidance | |

| Description of Deficiency |
|---|
| Echo Depth Sounder (Printer) does not clearly indicate vsls depth. Fa that states Echo depth sounder is operating properly to USCG, prior t Violation of 33 CFR 164.35(i). |

| Due Date | Resolved | Res |
|---|---|---|
| | True | 7/22 |

| Resolution Description |
|---|
| Received tech report that stated the problem with the Echo Depth sou transducer & can only be corrected at dry dock. Received letter from allowing vessel to sail with echo depth sounder in the present conditi dry do |

| Deficiency Information | | |
|---|---|---|
| **System** | **SubSystem** | **Cau** |
| Documentation | Safety/Response Plans/Programs | |

**Description of Deficiency**

Vessel could not provide a Non Tank Vessel response Plan. Vsl had a
stating that the plan had been recv'd and is under review, however the
board. Violation of CGMTA 2004 Sec 701. Provide plan to USCG pr
port after sailing foreign.

| Due Date | Resolved | Res |
|---|---|---|
|  | True | 7/20 |

**Resolution Description**

Received fax confirmation that vessel received its NTVRP.

| Case Number | USCG Zone/Port | Incident Date | Activity Type | Enforcement Description | Nat Inci |
|---|---|---|---|---|---|
| 3000159 | PHILADELPHIA, PA | July 19, 2007 | Boarding |  |  |

| Case Number | USCG Zone/Port | Incident Date | Activity Type | Enforcement Description | Nat Inci |
|---|---|---|---|---|---|
| 2931871 | PHILADELPHIA, PA | May 16, 2007 | Vessel Inspection/PSC |  |  |

| Case Number | USCG Zone/Port | Incident Date | Activity Type | Enforcement Description | Nat Inci |
|---|---|---|---|---|---|
| 2835122 | SAVANNAH, GA | December 5, 2006 | Boarding |  |  |

| Case Number | USCG Zone/Port | Incident Date | Activity Type | Enforcement Description | Nat Inci |
|---|---|---|---|---|---|
| 2809075 | SAVANNAH, GA | October 27, 2006 | Vessel Inspection/PSC |  |  |

| Case Number | USCG Zone/Port | Incident Date | Activity Type | Enforcement Description | Nat Inci |
|---|---|---|---|---|---|
| 2562859 | PHILADELPHIA, PA | January 8, 2006 | Vessel Inspection/PSC |  |  |

| Case Number | USCG Zone/Port | Incident Date | Activity Type | Enforcement Description | Nat Inci |
|---|---|---|---|---|---|
| 2548744 | PHILADELPHIA, PA | December 9, 2005 | Vessel Inspection/PSC |  |  |

**Deficiency Information**

| System | SubSystem | Cau |
|---|---|---|
| Fire Fighting | Structural - B Class Divisions |  |

**Description of Deficiency**

Vessel's door from passageway into scullery does not shut properly. I
must be corrected within (14) days. Cite SOLAS Unammended Ch. II

| Due Date | Resolved | Res |
|---|---|---|
| 12/23/2005 | True | 1/9/ |

**Resolution Description**

Door was observed to proper in opperation.

**Deficiency Information**

| System | SubSystem | Cau |
|---|---|---|
| Fire Fighting | Self-contained Breathing Apparatus | |

**Description of Deficiency**

Vessel's SCBA air inlet valve was not functioning properly. Vessel m
new SCBA prior to departure. Cite SOLAS 74 Unammended Ch. II-I

| Due Date | Resolved | Res |
|---|---|---|
| 12/10/2005 | True | 12/1 |

**Resolution Description**

Deficiency corrected.

**Deficiency Information**

| System | SubSystem | Cau |
|---|---|---|
| Construction/Loadline | Markings | |

**Description of Deficiency**

Loadline was found to be not painted in contrasting color. Vessel mus
loadline within (14) days. Cite ICLL

| Due Date | Resolved | Res |
|---|---|---|
| 12/23/2005 | True | 1/9/ |

**Resolution Description**

Load Line was found to be painted in contrasting color.

| Case Number | USCG Zone/Port | Incident Date | Activity Type | Enforcement Description | Nat Inci |
|---|---|---|---|---|---|
| 2470234 | PHILADELPHIA, PA | August 21, 2005 | Boarding | | |

| Case Number | USCG Zone/Port | Incident Date | Activity Type | Enforcement Description | Nat Inci |
|---|---|---|---|---|---|
| 2425306 | PHILADELPHIA, PA | July 12, 2005 | Boarding | | |

| Case Number | USCG Zone/Port | Incident Date | Activity Type | Enforcement Description | Nat Inci |
|---|---|---|---|---|---|
| 2423079 | PHILADELPHIA, PA | July 11, 2005 | Vessel Operational Control | | |

**Deficiency Information**

| System | SubSystem | Cau |
|---|---|---|
| Engineering | Diesel Engine (propulsion-direct drive) | Unk |

**Description of Deficiency**

Vessel suffered a loss of its main engine during outbound transit. Clas
the cause and repair.

| Due Date | Resolved | Res |
|---|---|---|
| 5/25/2005 | True | 5/25 |

**Resolution Description**

Class report was recieved.

**Operation Control Information**

| Category Type | Control Type | Init |
|---|---|---|
| Safety | COTP Order (Restriction of Operations) | Sect Bay |

| Date Imposed | Date Removed | Rea |
|---|---|---|
| 5/24/2005 7:13:00 PM | 8/2/2006 5:00:00 PM | Iden Haz Ope |

| Case Number | USCG Zone/Port | Incident Date | Activity Type | Enforcement Description | Nat Inci |
|---|---|---|---|---|---|
| 2365601 | PHILADELPHIA, PA | May 23, 2005 | Vessel Inspection/PSC | | |

**Deficiency Information**

| System | SubSystem | Cau |
|---|---|---|
| Operations/Management | Vessel Safety Management | Imp Mai |

**Description of Deficiency**

MONTHLY CHECKS OF FIREFIGHTING GEAR NOT BEING CO
AS REQUIRED BY VESSEL'S SAFETY MANAGEMENT SYSTEI

| Due Date | Resolved | Res |
|---|---|---|
| | True | 5/24 |

**Resolution Description**

COAST GUARD PETTY OFFICER FOUND RECORDS OF WEEK
OF FIREFIGHTING GEAR THAT THE CAPTAIN AND SHIP
SUPERINTENDENT WERE UNAWARE OF IN A MAINTENANC
BOOK.

**Deficiency Information**

| System | SubSystem | Cau |
|---|---|---|
| Operations/Management | Lifesaving | Plac Imp |

**Description of Deficiency**

MUSTER LIST AND EMERGENCY INSTRUCTIONS LANGUAG
UNDERSTOOD BY CREW. CITE: SOLAS 74/78 CH II-2, PART B
REG. 8

| Due Date | Resolved | Res |
|---|---|---|
| | True | 5/24 |

**Resolution Description**

MUSTER BILLETS IN SPANISH SPEAKING PERSONNEL"S QU
WERE CHANGED FROM ENGLISH TO SPANISH. MUSTER LIS
IN COMMON AREAS HAD THE SPANISH TRANSLATION ADI
TO THE ENGLISH.

**Deficiency Information**

| System | SubSystem | Cau |
|---|---|---|
| Accommodation/Occupational Safety | Other Accommodation Spaces | Imp Mai |

**Description of Deficiency**

SUBWAY DECK GRATING ON PORT AND STBD LIFEBOAT PI
IS SEVERLEY CORRODED. CITE: ILO 147

| Due Date | Resolved | Res |
|---|---|---|
| | True | 5/17 |

**Resolution Description**

CORRODED GRATING WAS REPLACED WITH NEW GRATIN(

**Deficiency Information**

| System | SubSystem | Cau |
|---|---|---|
| Fire Fighting | Self-contained Breathing Apparatus | Imp Mai |

**Description of Deficiency**

VESSEL DID NOT HAVE TWO SPARE OBA TANNKS FOR BOT
FIREMAN'S BREATHING APPARATUS. CITE: SOLAS 74/78, CI
10.2.5

| Due Date | Resolved | Res |
|---|---|---|
| | True | 5/24 |

**Resolution Description**

VESSEL HAD FOUR FILLED OBA TANKS DELIVERED.

**Deficiency Information**

| System | SubSystem | Cau |
|---|---|---|
| Engineering | Steering Gear System | Imp Mai |

**Description of Deficiency**

#2 STEERING GEAR MOTOR IS DRIPPING 1 DROP OF OIL EVI
SECONDS WHILE RUNNING. CITE: SOLAS 60, CH I, REG. 29(a

| Due Date | Resolved | Res |
|---|---|---|
| | True | 5/24 |

**Resolution Description**

GASKET WAS REPLACED AND STOPPED THE OIL FROM DRI

**Operation Control Information**

| Category Type | Control Type | Init |
|---|---|---|
| Safety | Admin Order | Sect Bay |

| Date Imposed | Date Removed | Rea |
|---|---|---|
| 5/24/2005 6:25:00 PM | 8/2/2006 4:50:00 PM | Ves Mo |

| Case Number | USCG Zone/Port | Incident Date | Activity Type | Enforcement Description | Nat Inci |
|---|---|---|---|---|---|
| 2334736 | PHILADELPHIA, PA | April 15, 2005 | Vessel Inspection/PSC | | |

**Deficiency Information**

| System | SubSystem | Cau |
|---|---|---|
| Personnel | Manning/Qualifications | |

**Description of Deficiency**

2nd Mate/Officer unable to speak English as required by STCW-95. 2 stands Navigational Bridge Watch. 2nd Mate was removed from vess detained under STCW-95 and can not depart the Port until minimum requirements are met.

| Due Date | Resolved | Res |
|---|---|---|
| | True | 4/16 |

**Resolution Description**

New Captain arrived to switch out with old Captain and both Captain on board until Savannah. New 2nd Officer will board in Savannah an old 2nd Mate and old Captain will depart.

**Operation Control Information**

| Category Type | Control Type | Init |
|---|---|---|
| Safety | IMO Related Detention | Sect Bay |

| Date Imposed | Date Removed | Rea |
|---|---|---|
| 4/15/2005 2:59:00 PM | 4/16/2005 6:51:00 PM | Ider Haz Ope |

| Case Number | USCG Zone/Port | Incident Date | Activity Type | Enforcement Description | Nat Inci |
|---|---|---|---|---|---|
| 2266933 | SAVANNAH, GA | December 31, 2004 | Vessel Inspection/PSC | | |

| Case Number | USCG Zone/Port | Incident Date | Activity Type | Enforcement Description | Nat Inci |
|---|---|---|---|---|---|
| | PHILADELPHIA, | November | Vessel | | |

Case 1:08-cv-01077-CCB    Document 62    Filed 06/11/2008    Page 26 of 30

| 2246575 | PA | 23, 2004 | Inspection/PSC |
|---------|-----|----------|----------------|

### Deficiency Information

| System | SubSystem | Cau |
|--------|-----------|-----|
| Deck/Cargo | Cargo Stowage | Plac Imp |

### Description of Deficiency

Stowage of cargo along port and starboard sides does not permit acce emergency fire pump or emergency generator spaces. Captain must a stowage of cargo allowing access to these emergency spaces.

| Due Date | Resolved | Res |
|----------|----------|-----|
| 11/26/2004 | True | 11/2 |

### Resolution Description

Cargo has been discharged from vessel permitting access to emergenc spaces located in the forward part of the vessel. A special note will al ensure cargo is loaded safely in the future.

### Deficiency Information

| System | SubSystem | Cau |
|--------|-----------|-----|
| Deck/Cargo | Cargo Stowage | Imp Inst |

### Description of Deficiency

Stowage of cargo along port and starboard sides of vessel resulted in railings and probability of cargo loss overboard. In violation of: Solas Part A Regulation 5.1. Class to address prior to departure. Captain to report to Mso Philadelphia prior to departure.

| Due Date | Resolved | Res |
|----------|----------|-----|
| 11/26/2004 | True | 11/2 |

### Resolution Description

Recieved class report attesting that after cargo is discharged, rails wil prior to loading cargo in a manner that requires their support.

### Deficiency Information

| System | SubSystem | Cau |
|--------|-----------|-----|
| Personnel | Certificates/Documents/Licenses | Unk |

### Description of Deficiency

2nd engineer's License has not yet been received onboard from Belize Endorsement expired 03 November 2004. License will be delivered t in Philadelphia and faxed to the Coast Guard prior to departure. In vi STCW-95.

| Due Date | Resolved | Res |
|----------|----------|-----|
| 11/26/2004 | True | 11/2 |

### Resolution Description

Agent hand delivered copy of valid 2nd Engineer"s license to the Coa

| Case Number | USCG Zone/Port | Incident Date | Activity Type | Enforcement Description | Nati Inci |
|---|---|---|---|---|---|
| 2225002 | PHILADELPHIA, PA | October 20, 2004 | Boarding | | |

| Case Number | USCG Zone/Port | Incident Date | Activity Type | Enforcement Description | Nati Inci |
|---|---|---|---|---|---|
| 2124291 | SAVANNAH, GA | July 6, 2004 | Vessel Inspection/PSC | | |

| Case Number | USCG Zone/Port | Incident Date | Activity Type | Enforcement Description | Nati Inci |
|---|---|---|---|---|---|
| 2091569 | SAVANNAH, GA | June 7, 2004 | Boarding | | |

| Case Number | USCG Zone/Port | Incident Date | Activity Type | Enforcement Description | Nati Inci |
|---|---|---|---|---|---|
| 2054330 | PHILADELPHIA, PA | April 28, 2004 | Vessel Inspection/PSC | | |

**Deficiency Information**

| System | SubSystem | Cau |
|---|---|---|
| Personnel | Certificates/Documents/Licenses | Unk |

**Description of Deficiency**

2nd Engineer does not have a valid license for the Flag State of Beliz
for license has passed the 3 month expiration. As per STCW 95, II/2.
of current application for Belize license prior to departure from port. I
COMPONENT DESC: License, First Assistant Engineer

| Due Date | Resolved | Res |
|---|---|---|
| | True | 4/28 |

**Resolution Description**

Recieved fax from agent verifying new application" for license for 2nd

| Case Number | USCG Zone/Port | Incident Date | Activity Type | Enforcement Description | Nati Inci |
|---|---|---|---|---|---|
| 2037474 | PHILADELPHIA, PA | April 5, 2004 | Enforcement | Warning | |

**Incident Information**

**Role**

Acknowledged Pollution Source

| Case Number | USCG Zone/Port | Incident Date | Activity Type | Enforcement Description | Nati Inci |
|---|---|---|---|---|---|
| 2035732 | PHILADELPHIA, PA | April 1, 2004 | Incident Investigation | | Disc |

**Incident Information**

| | **Role** | | | |
|---|---|---|---|---|
| | Acknowledged Pollution Source | | | |

| **Case Number** | **USCG Zone/Port** | **Incident Date** | **Activity Type** | **Enforcement Description** | **Nat Inci** |
|---|---|---|---|---|---|
| 2035053 | PHILADELPHIA, PA | March 27, 2004 | Vessel Operational Control | | |

| | **Operation Control Information** | | |
|---|---|---|---|
| | **Category Type** | **Control Type** | **Init** |
| | Safety | COTP Order (Other) | Sect Bay |
| | **Date Imposed** | **Date Removed** | **Rea** |
| | 3/27/2004 12:00:00 PM | 3/30/2004 5:30:00 PM | Inci |

| **Case Number** | **USCG Zone/Port** | **Incident Date** | **Activity Type** | **Enforcement Description** | **Nat Inci** |
|---|---|---|---|---|---|
| 2012505 | SAVANNAH, GA | February 24, 2004 | Boarding | | |

| **Case Number** | **USCG Zone/Port** | **Incident Date** | **Activity Type** | **Enforcement Description** | **Nat Inci** |
|---|---|---|---|---|---|
| 1946527 | SAVANNAH, GA | November 12, 2003 | Vessel Inspection/PSC | | |

| **Case Number** | **USCG Zone/Port** | **Incident Date** | **Activity Type** | **Enforcement Description** | **Nat Inci** |
|---|---|---|---|---|---|
| 1939212 | SAVANNAH, GA | October 30, 2003 | Boarding | | |

| **Case Number** | **USCG Zone/Port** | **Incident Date** | **Activity Type** | **Enforcement Description** | **Nat Inci** |
|---|---|---|---|---|---|
| 1925691 | SAVANNAH, GA | October 10, 2003 | Vessel Inspection/PSC | | |

| | **Deficiency Information** | | |
|---|---|---|---|
| | **System** | **SubSystem** | **Cau** |
| | Engineering | Freshwater Generation System | Imp Mai |

| | **Description of Deficiency** |
|---|---|
| | FRESH WATER PIPING FOR HYDROPHOR PUMP (IN VICINIT WATER SEPERATOR) IS HOLED AND LEAKING. LEGACY CO DESC: Pump |

| | **Due Date** | **Resolved** | **Res** |
|---|---|---|---|
| | 11/10/2003 | True | 11/1 |

| | **Resolution Description** |
|---|---|
| | Recieved classification society report attesting to the proper repairs. |

**Deficiency Information**

| System | SubSystem | Cau |
|---|---|---|
| Pollution Prevention/Response | Prevention Equipment | Imp Mai |

**Description of Deficiency**

MAIN SEWAGE TANK INLET PIPE WASTED AND HOLED. LE
COMPONENT DESC: Marine Sanitation Device, Type III

| Due Date | Resolved | Res |
|---|---|---|
| 11/10/2003 | True | 11/1 |

**Resolution Description**

Recieved classification society report attesting to the proper repairs.

**Deficiency Information**

| System | SubSystem | Cau |
|---|---|---|
| Accommodation/Occupational Safety | Refrigeration (stores) | Imp Mai |

**Description of Deficiency**

SALT WATER PIPE #2 FOR REEFER HAS LEAKING TEMPORA
AND IS HOLED ABOVE MAIN VALVE.

| Due Date | Resolved | Res |
|---|---|---|
| 11/10/2003 | True | 11/1 |

**Resolution Description**

Recieved classification society report attesting to the proper repairs.

**Deficiency Information**

| System | SubSystem | Cau |
|---|---|---|
| Engineering | Lubricating Oil Service System | Imp Mai |

**Description of Deficiency**

STBD LUBE OIL COOLER SALT WATER INLET PIPE HOLED A
LEAKING. LEGACY COMPONENT DESC: Piping

| Due Date | Resolved | Res |
|---|---|---|
| 11/10/2003 | True | 11/1 |

**Resolution Description**

Recieved classification society report attesting to the proper repairs.

| Case Number | USCG Zone/Port | Incident Date | Activity Type | Enforcement Description | Nat Inci |
|---|---|---|---|---|---|
| 1819131 | PHILADELPHIA, PA | June 16, 2003 | Boarding | | |

Back to Top

Printer Friendly Version

**Last Update:**
Monday, June 09, 2008