

235 Post Road West
Westport, Connecticut 06880
Tel: 203.227.3200 • Fax: 203.227.3910
merlin.bunkers@snet.net

Didco Trading
Lot 1 Ramp Road
Ruimveldt
Georgetown, Guyana

MV Snowbird and/or Master/Owners/Agents/Managers/Charterrers and/or Didco Trading
Lot 1, Ramp Road Ruimveldt
Georgetown Guyana

## INTEREST INVOICE

Invoice Date    03/06/08

Late payment of bunkers supplied to MV Snowbird at Gloucester on Decemeber 3, 2007.

Amount due $206,035.83 on January 2, 2008.

January 22, 2008 - $50,000 paid – 22 days late

$206,035.83 x 22 days @8% = $1007.28 = $45.86 per day

Balance due $156,035.83

March 6, 2008 - $156,035.83 paid- 45 days late

$156,035.83 x 45 days @8% = $1560.36 = $34.67 per day

Total amount interest due $2567.64

Payment due: Immediately

    For credit to:      Merlin Petroleum Co, Inc.
                        Account No. 009368366327

International wires to: Bank of America
                        Swift code #BOFAUS3N
                        One Atlantic Street
                        Westport, Connecticut 06901

    For credit to:      Merlin Petroleum Co, Inc.
                        Account No. 009368366327

***PLEASE- BANK FEES NOT TO BE DEDUCTED***
Please include the invoice number on your remittance advice. Thank you.
Interest at rates prevailing as per our Standard Conditions of Sale will be applied to overdue invoices.



235 Post Road West
Westport, Connecticut 06880
Tel: 203.227.3200 • Fax: 203.227.3910
merlin.bunkers@snet.net

MV Snowbord and/or Master/Owners/Charterers/Managers/Operators/Agents and/or
Didco Trading
Lot 1 Ramp Road
Ruimveldt
Georgetown, Guyana

Invoice Date 03/27/08
Invoice # 803101
Delivery Date 3/17/2008
Vessel Snowbird
Port Gloucester

| Grade | Qty | UOM | Rate/Unit | Extension |
|---|---|---|---|---|
| MGO | 227.418 | MT | $1,039.00 | $236,287.30 |

$236,287.30

Payment is due within 30 days of delivery date in any event no later than April 16, 2008 by dollar telegraphic transfer as follows:

U.S. Wires to:    Bank of America
                  ABA#: 0260-0959-3
                  One Atlantic Street
                  Stamford, CT 06901 USA

For credit to:    Merlin Petroleum Co, Inc.
                  Account No. 009368366327

International wires to:   Bank of America
                          Swift code #BOFAUS3N
                          One Atlantic Street
                          Westport, Connecticut 06901

For credit to:    Merlin Petroleum Co, Inc.
                  Account No. 009368366327

***PLEASE- BANK FEES NOT TO BE DEDUCTED***

Please include the invoice number on your remittance advice. Thank you.
Interest at rates prevailing as per our Standard Conditions of Sale will be applied to overdue invoices.

# HARBOR PETROLEUM INC

**Marine Bunker Delivery Receipt**

61 MAIN STREET • MANASQUAN, NEW JERSEY 08736
732/223-7000　　FAX 732/223-7070

RECEIVED MAR 27 2008

803-101

NAME OF VESSEL/CUSTOMER: **SNOWBIRD**　　IMO# ___
LOCATION OF VESSEL/CUSTOMER: **GLOUCESTER MARINE TERMINAL**

LOADING TERMINAL/LOCATION: **PAULSBORO**
~~PRODUCT~~ **MGO**
GRAVITY @ 60 (15 C): API **32.0**　DENSITY **.8650**
FLASH PMC C (F) OR ~~C~~ **148**
SULFUR % BY WT.: **.18**
VISCOSITY: **3.0**　CST@ ___ DEG. (F)
S&W %: **NIL**
SHORE TANK GUAGE [ ] BARGE ULLAGE [X] METER [ ]
~~GROSS~~ DEG. F **43.4**
NET BARRELS @ 60 DEG. F: **1656.48**
NET GALLONS **69572.08**　CONVERSION FACTOR: **.13729**
　　　**227.418** ✓

MODE OF DELIVERY: **BARGE/DBL-18**
ARRIVED ALONGSIDE: DATE ___ TIME ___
BEGAN PUMPING: ___
COMPLETED PUMPING: ___
DEPARTURE: ___
SHIP'S ENGINEER INVITED TO WITNESS SOUNDINGS YES [ ] NO [ ]
SHIP'S ENGINEER WITNESSED SOUNDINGS YES [ ] NO [ ]

NO DISCLAIMER STAMP OF ANY TYPE OR FORM WILL BE ACCEPTED ON THIS BUNKERING CERTIFICATE, NOR SHOULD ANY SUCH STAMP BE APPLIED, WILL IT ALTER, CHANGE, OR WAIVE HARBOR PETROLEUM INC.'S MARITIME LIEN AGAINST THE VESSEL OR WAIVE THE VESSEL'S ULTIMATE RESPONSIBILITY AND LIABILITY FOR THE DEBT INCURRED THROUGH THIS TRANSACTION.

THE PURCHASER HEREBY CERTIFIES THAT THIS VESSEL WILL USE THIS FUEL IN A "NON-TAXABLE USE" AS THAT TERM IS DEFINED IN SECTION (1) (2) OF THE INTERNAL REVENUE CODE. (SUCH USES INCLUDE OFF-HIGHWAY BUSINESS USES.)
FUEL COMPLIES WITH MARPOL REGULATIONS 14 AND 18 OF ANNEX VI

DELIVERING COMPANY: **K-SEA TRANSPORTATION**
DELIVERING CO. REPRESENTATIVE'S SIGNATURE: _[signature]_ T/M
~~SIGNATURE~~ MASTER/CUSTOMER: **CH. ENG.**

[Stamp: SNOWBIRD / VESPUCCI MARINE CO. LTD. / PANAMA]