

**OBER KALER**
A Professional Corporation

Ober, Kaler, Grimes & Shriver
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

Geoffrey S. Tobias
gstobias@ober.com
410-347-7339

Offices In
Maryland
Washington, D.C.
Virginia

February 27, 2009

The Honorable Catherine C. Blake
United States District Judge
U.S. District Court for the District of Maryland
Garmartz Federal Courthouse
101 W. Lombard Street, Chambers 7D
Baltimore, MD 21201

        Re:    The Bill Lukowski Steamship Agency, Inc., *et al.*
                v. M/V SNOW BIRD, *in rem, et al.*
                Case No. 08-1077-CCB

Dear Judge Blake:

Your Order of 25 February requested a status report by 4 March. This office represented four plaintiffs in the matter, the Bill Lukowski Steamship Agency, Inc., Moran Towing Corporation, Moss Marine USA, Inc., and Wilhemsen Ships Service, Inc. With regard to each of the four claims, settlement funds have been received from the vessel owner, Stipulations of Dismissal have been filed on behalf of all four plaintiffs, and these Stipuations have been approved by the Court.

                                                      Respectfully submitted,

                                                        Geoffrey S. Tobias

GST/bh

cc: cmec