# SIMMS SHOWERS LLP
_____

J. STEPHEN SIMMS
PRINCIPAL
JSSIMMS@SIMMSSHOWERS.COM

March 4, 2009

**BY CM/ECF**

Hon. Catherine C. Blake
United States District Judge
United States District Court for the
 District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

                Re:       **The Bill Lukowski Steamship Agency, et al. v.
                          M/V SNOW BIRD,** *in rem, et al.*,
                          **Civil Action No. 08-1077 CCB**

Dear Judge Blake:

       We write for Canton Stevedoring, the remaining claimant (for expenses *custodia legis*) against the Vessel, in response to the Court's status report request.

       As of today, Vespucci ("Owner") and the M/V SNOW BIRD ("Vessel") owe Canton $37,059.01 (of which Owner disputes $6,919.64). Vessel wharfage charges, as stipulated between Canton and approved by the Court, continue to run at $1,000/day.

       The Vessel continues to obstruct the Canton pier, and Canton continues to require that Owner move the Vessel from Canton's pier at the earliest Coast Guard approval for that. It continues to be unclear to Canton, however, whether Owner will be able before the March 20th sale date to obtain Coast Guard approval to move the Vessel.

                                                    Respectfully Submitted,

                                                    J. Stephen Simms

Copy to All Record Counsel by CM/ECF