## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## NORTHERN DIVISION

| | |
|---|---|
| THE BILL LUKOWSKI STEAMSHIP AGENCY, INC., et al. | * |
| | * |
| Plaintiff/Intervening Plaintiffs | CIVIL ACTION |
| | * |
| v. | NO. 08-1077 CCB |
| | * |
| M/V SNOW BIRD, etc, *in rem* | |
| | * |
| Defendants | |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION TO POSTPONE SALE OF VESSEL

Present parties to the case by undersigned counsel stipulate as follows:

1.  Owner/claimant of M/V SNOWBIRD vessel, Vespucci Maritime Company, confirms that it will wire Twenty Thousand Dollars ($20,000.00) on Monday, March 23, 2009 to the Canton Stevedoring account to reduce the balance currently due for dockage.

2.  In return for payment Canton agrees to postpone the sale scheduled for March 20, 2009 for three (3) weeks to April 10, 2009 or next available date with the U.S. Marshal.

3.  Vespucci will continue its best efforts to obtain U.S. Coast Guard clearance for the vessel and removal from Canton pier.

STIPULATED and AGREED:

Dated: March 19, 2009

                                              /s/
                                  David W. Skeen #01084
                                  Wright, Constable & Skeen, LLP
                                  One Charles Center, 16th Floor
                                  100 N. Charles Street
                                  Baltimore, Maryland 21201-3812

220216 v. (11844.00001)

Telephone:  (410)659-1305
Facsimile:  (410)659-1350
*Attorneys for Defendant,*
*Vespucci Marine Company, Ltd.*
*and M/V SNOWBIRD*


           /s/
J. Stephen Simms
Simms Showers
20 S. Charles Street, Suite 702
Baltimore, MD  21201
Telephone: (410) 783-5795
Facsimile: (410) 783-1368
*Attorneys for Intervening Plaintiffs*
*Canton Stevedoring Company and*
*CNX Marine Terminal, Inc*